THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE BERGESON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and MICROSOFT CORPORATION WELFARE PLAN,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00769-JLR<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 6, 2017 |

Defendant Microsoft Corporation Welfare Plan (the "Plan"), by and through its attorneys, moves this Court for an order extending the time for the Plan to answer or otherwise respond to the complaint. The Plan's response or answer is currently due July 10, 2017. Plaintiff Renee Bergeson ("Plaintiff") does not oppose this motion. The Plan respectfully requests an extension of time to answer or otherwise respond until July 18, 2017. In support of its unopposed motion, the Plan states as follows:

1.　On May 18, 2017, Plaintiff filed this action in the U.S.D.C. for the Western District of Washington.

2.　Defendant The Prudential Insurance Company of America ("Prudential") was served through the Washington Insurance Commissioner, and its response is currently due July 18, 2017.

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. 2:17-cv-00769-JLR) - 1
119219.0022/7010345.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. The Plan was served on June 20, 2017, and its response is currently due on July 10, 2017.

4. The Plan began promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's complaint, but requests an additional time of 8 days to complete its investigation and prepare its response.

5. Further, Prudential and the Plan are represented by the same counsel, and this extension would allow Defendants' counsel to better coordinate Defendants' response to the complaint.

6. On July 5, 2017, counsel for Defendants conferred with counsel for Plaintiff regarding the request for an extension until July 18, 2017 to answer or otherwise respond to Plaintiff's complaint. Plaintiff's counsel indicated that Plaintiff does not oppose this request.

7. This motion is filed before the response to the complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, the Plan respectfully requests that the Court issue an order granting the Plan until July 18, 2017, to answer or otherwise respond to Plaintiff's complaint.

DATED: July 6, 2017

LANE POWELL PC

By  *s/ David W. Howenstine*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
David W. Howenstine, WSBA No. 41216
howenstined@lanepowell.com

SEYFARTH SHAW LLP

By  *s/ Shelley R. Hebert*
Amanda A. Sonneborn, *Pro Hac Vice*
asonneborn@seyfarth.com
Shelley R. Hebert, *Pro Hac Vice*
shebert@seyfarth.com

Attorneys for Defendants The Prudential Insurance Company of America and Microsoft Corporation Welfare Plan

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. 2:17-cv-00769-JLR) - 2
119219.0022/7010345.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

Having reviewed the unopposed motion for extension of time to answer or otherwise respond to the complaint, the Court hereby GRANTS the motion and ORDERS that Microsoft Corporation Welfare Plan's deadline to answer or otherwise respond to the complaint is extended until July 18, 2017.

IT IS SO ORDERED.

DATED this 7th day of July, 2017.

_____
Honorable James L. Robart
United States District Court Judge

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. 2:17-cv-00769-JLR) - 3
119219.0022/7010345.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington that, on the date listed below, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Steven P. Krafchick
Krafchick Law Firm
300 South Tower
100 W Harrison
Seattle, WA 98119-4192
klf@krafchick.com

Executed on the 6th day of July, 2017, at Seattle, Washington.

*s/ Lou Rosenkranz*
Lou Rosenkranz, Legal Assistant

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. 2:17-cv-00769-JLR) - 4
119219.0022/7010345.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107