THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE BERGESON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and MICROSOFT CORPORATION WELFARE PLAN,<br><br>　　　　　　　Defendants. | NO. 2:17-cv-00769-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL |

## I.   **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without costs or fees.

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 1

KRAFCHICK LAW FIRM PLLC
100 W. HARRISON
SOUTH TOWER, SUITE S300
SEATTLE, WASHINGTON 98119
(206) 374-7370 FAX: (206) 374-7377
KLF@KRAFCHICK.COM

| | |
|---|---|
| KRAFCHICK LAW FIRM, PLLC | SEYFARTH SHAW LLP |
| By: s/ Steven P. Krafchick<br>　　Steven P. Krafchick, WSBA #13542<br>　　Attorney for Plaintiff | By: s/Shelley Hebert<br>　　Shelley Hebert, ISBA #6280805<br>　　Amanda Sonneborn, ISBA #6279835<br>　　(Admitted *Pro Hac Vice*)<br>　　Attorneys for Defendants |
| LANE POWELL PC | |
| By: s/ David W. Howenstine<br>　　D. Michael Reilly, WSBA #14674<br>　　David Howenstine, WSBA #41216<br>　　Attorneys for Defendants | |

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 2

KRAFCHICK LAW FIRM PLLC
100 W. HARRISON
SOUTH TOWER, SUITE S300
SEATTLE, WASHINGTON 98119
(206) 374-7370 FAX: (206) 374-7377
KLF@KRAFCHICK.COM

## II. ORDER

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs or fees, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS ORDERED that the above-entitled matter hereby be dismissed with prejudice and without costs or fees.

DATED this 6th day of February, 2018.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:
KRAFCHICK LAW FIRM, PLLC

By s/ Steven P. Krafchick
   Steven P. Krafchick, WSBA No. 13542
   Attorney for Plaintiff

Approved as to Form;
Notice of Presentation Waived:

LANE POWELL PC

By: s/ David W. Howenstine
   D. Michael Reilly, WSBA #14674
   David Howenstine, WSBA #41216
   Attorneys for Defendants

SEYFARTH SHAW LLP

By: s/Shelley Hebert
   Shelley Hebert, ISBA #6280805
   Amanda Sonneborn, ISBA #6279835
   (Admitted *Pro Hac Vice*)
   Attorneys for Defendants

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL - 3

KRAFCHICK LAW FIRM PLLC
100 W. HARRISON
SOUTH TOWER, SUITE S300
SEATTLE, WASHINGTON 98119
(206) 374-7370 FAX: (206) 374-7377
KLF@KRAFCHICK.COM